

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00164-CR
_____

AARON MICHAEL MARSHALL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2022F00026

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

A Cass County jury convicted Aaron Michael Marshall of indecency with a child by contact and assessed a sentence of five years' imprisonment.  *See* TEX. PENAL CODE ANN. § 21.11.  On appeal, while Marshall argues points of error relevant to some of his companion cases, Marshall has raised no point of error with respect to the trial court's judgment in this case.[1]  As a result, we must summarily affirm Marshall's conviction in this case "because he raised no point of error with respect to it."  *Ramirez v. State*, 429 S.W.3d 686, 690 (Tex. App.—San Antonio 2014, pet. ref'd).

We affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:     July 5, 2024
Date Decided:       July 12, 2024

Do Not Publish

---

[1]In companion cause number 06-23-00158-CR, Marshall appeals from a conviction for continuous sexual assault of a young child.  In companion cause numbers 06-23-00159-CR and 06-23-00160-CR, Marshall appeals from convictions of sexual assault of a child.  In companion cause numbers 06-23-000161-CR through 06-23-00163-CR, 06-23-00165-CR, and 06-23-00166-CR, Marshall appeals from five other convictions for indecency with a child. Marshall's consolidated brief on all of these cases raises no complaint related to any of his appeals from his convictions for indecency with a child.